UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES CAMERON                                          CIVIL ACTION

V.                                                     NO: 16-8514 c/w 16-12676
                                                       **(APPLIES TO: 16-12676)**

GREATER NEW ORLEANS
FEDERAL CREDIT UNION, ET AL.                           SECTION "H"(4)


<u>JUDGMENT</u>

For reasons issued July 19, 2017 in Master Docket No. 16-8514 (Doc 72);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Summary Judgment is granted in favor of Defendant, Experian Information Solutions, Inc. Plaintiff's claims against Defendant Experian Information Solutions, Inc. are **DISMISSED WITH PREJUDICE.**

Signed in New Orleans, Louisiana, this 19th day of July, 2017.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE